JOHN R. SOMMER (SBN 106355)
ATTORNEY-AT-LAW
17426 Daimler Street, Suite 200
Irvine, California 92614
(949) 752-5344, Fax: (949) 752-5439

Attorney for Plaintiff and Counter-Defendant
CALIFORNIA TRAFFIC SAFETY INSTITUTE
and Third Party Defendant WANDA PAULSON

INDIA S. THOMPSON (SBN 143787)
LAW OFFICE OF INDIA S. THOMPSON
14424 Magnolia Boulevard, Suite 209
Sherman Oaks, California 91423
Tel: (818) 231-2031; Fax: (818) 783-6049

Attorney for Defendant, Counterclaimant,
Third Party Plaintiff NORMA JEAN MEDLIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CALIFORNIA TRAFFIC SAFETY INSTITUTE,<br><br>    Plaintiff,<br><br>  v.<br><br>NORMA JEAN MEDLIN,<br><br>    Defendant.<br><br>and Related Counterclaim and Third-Party Complaint | Case No.: CV 10-8143 GHK (VBKx)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

ORDER FOR DISMISSAL OF ENTIRE ACTION

1  The Court, having considered the Parties' Stipulation To Dismiss Entire Action
2  With Prejudice,
3     IT IS HEREBY ORDERED that the entire action is dismissed with prejudice.

Dated: January 17, 2012

_____
Hon. George H. King
U.S. District Judge

ORDER FOR DISMISSAL OF ENTIRE ACTION

2